■ Baltazar Santiago et al., Respondents, v Edwin Weinstock et al., Appellants. [722 NYS2d 406] —In an action to recover damages for personal injuries, etc., the defendants appeal from so much of an order of the Supreme Court, Kings County (Steinhardt, J.), dated November 28, 2000, as denied their motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed insofar as appealed from, with costs.

The Supreme Court properly denied the defendants' motion for summary judgment dismissing the complaint. O'Brien, J. P., Friedmann, Goldstein and Smith, JJ., concur.

■ Grace P. Slater et al., Appellants, v Stop & Shop Supermarket Company, Doing Business as Stop & Shop, et al., Respondents. [722 NYS2d 407] —In an action to recover damages for personal injuries, etc., the plaintiffs appeal from an order of the Supreme Court, Dutchess County (Marlow, J.), dated June 20, 2000, which granted the defendants' motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed, with costs.

In support of their motion for summary judgment dismissing the complaint, the defendants made a prima facie showing that they neither created the allegedly dangerous condition nor had actual or constructive notice of it. In opposition, the plaintiffs failed to raise a triable issue of fact (*see, Marukos v Waldbaums, Inc.,* 267 AD2d 434; *Sims v Waldbaum, Inc.,* 246 AD2d 642; *Cuddy v Waldbaum, Inc.,* 230 AD2d 703). Therefore, the Supreme Court properly granted the motion. Santucci, J. P., Altman, Luciano and H. Miller, JJ., concur.